UNITED STATES DISTRICT COURT
DISTRICT OF ~~NEW JERSEY~~ New York

David Henry Pinckney

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

New York Department of Motor Vehicles

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**FILED**
NOV 27 2023
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No
*(check one)*

1:23-CV-1476 (DNH/CFH)

I. **Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              David Henry Pinckney
            Street Address    268 Highland Ave
            County, City      Passaic  Passaic
            State & Zip Code  NJ. 07055
            Telephone Number  201 486 4704

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **New York Department of Motor Vehicles**
Street Address **6 Empire State Plaza**
County, City **Albany    Albany**
State & Zip Code **NY    12228**

Defendant No. 2
Name ___
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 3
Name ___
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 4
Name ___
Street Address ___
County, City ___
State & Zip Code ___

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions         [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?
- **Equal Protection clause of 15th Amendment**
- **Rights and Priviledges clause of 14 Amendment**
- **Due Process of 5th Amendment**
- **UCC 3-402(B)(2)**

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **Notification through mail**

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____
**Notification through mail**

| What happened to you? |

C.  Facts: **New York Department of Motor Vehicles assessed a suspension of my drivers license on a ticket written out to another person making me surety for the ticket.**

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Anxiety from having my driving driving privledges curtailed "frivilously".

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

(1) New York provide Proof of Claim that David H Pinckney and DAVID H PINCKNEY are surety for a debt attributed to David PICKNEY.

(2) All Suspensions of David Henry Pinckney's New Jersey drivers license removed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __20__ day of __November__, 20__23__.

Signature of Plaintiff _____

Mailing Address __268 Highland Ave__
__Passaic  N.J.  07055__

Telephone Number __201 486-4704__
Fax Number *(if you have one)*
E-mail Address __BMWTCHR@AOL.com__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

_[signature]_   11/20/2023

Signature of Plaintiff: _____

DHP
268 Highland Ave
Passaic NJ. 07055

9589 0710 5270 0575 8793 05



**Retail**



13261

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
CLIFTON, NJ 07011
NOV 25, 2023

**$6.42**

R2305E124229-04

U.S. Federal District Court
Northern District of New York
100 S. Clinton Street
Syracuse NY  13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

NOV 27 2023

RECEIVED